11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Brenda Corbin Stirl and                              * From the 104th District
Ralph E. Stirl,                                          Court of Taylor County,
                                                       Trial Court No. 24619-B.

Vs. No. 11-10-00042-CV                               * April 25, 2013

Terry McGhee,                                        * Memorandum Opinion by Wright, C.J.
                                                       (Panel consists of: Wright, C.J.,
                                                       McCall, J., and Willson, J.)

     This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.  The costs incurred by reason of this appeal are taxed against Brenda Corbin Stirl and Ralph E. Stirl.